# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2013

Robert P. Young, Jr.,
Chief Justice

147849

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

WALTER T. STACEY,
        Claimant-Appellant,

v

                              SC: 147849
                              COA: 317061
                              Macomb CC: 2012-004785-AE

VHS OF MICHIGAN, INC.,
        Employer-Appellee,
and

DEPARTMENT OF LICENSING &
REGULATORY AFFAIRS,
UNEMPLOYMENT INSURANCE AGENCY,
        Appellee.

_____/

      On order of the Court, the application for leave to appeal the July 31, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2013



t1216

                        Clerk